No. 1122. Urriza, Demandante y Apelada, *v.* Villanúa et al., Demandados y Apelantes.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre pensión alimenticia y *litis expensas.* Moción de los apelantes desistiendo de la apelación. Resuelto en junio 5, 1914. Se

tiene por desistidos a los apelantes. Abogados de la apelada: *Sres. Alvarez Nava y Domínguez y Francisco de la Torre.* Abogados de los apelantes: *Sres. José de Diego y Luis Méndez Vaz.*